UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

Robert J Navarro
Tracy M Navarro,

      Debtor(s)
_____/

Chapter 7
Case No. 09-62940-swr
Honorable Steven W. Rhodes

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

     The attached check in the amount of $2.24 represents payment of claims of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| Recovery Management Systems Corporation for GE Money Bank dba QCard 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | 000007 | $2.24 |

/s/ Wendy Turner Lewis
Wendy Turner Lewis (P39505)
Chapter 7 Trustee
444 West Willis Street, Suite 101
Detroit, MI 48201
(313) 832-5555
trustee@lewistrustee.com

Dated: September 2, 2010